IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL M. BACA,<br><br>           Defendant. | 4:24CR3078<br><br>ORDER |

    The Court held a hearing on December 5, 2024, regarding Defendant's motion to modify conditions of release temporarily (Filing No. 18). Based upon the showing set forth in the Motion, the application of the Bail Reform Act, the evidence provided at such hearing and the comments of counsel, the Court grants the motion.

    Accordingly,

    IT IS ORDERED:

1)     Defendant's motion to modify conditions of release temporarily, (Filing No. 18), is granted.

2)     Condition (r) shall be temporarily modified to extend the curfew until 10:30 p.m. on December 6, 2024 only.

Dated this 5th day of December, 2024.

                                                                                             BY THE COURT:

                                                                                             *s/ Jacqueline M. DeLuca*
                                                                                             United States Magistrate Judge